IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY MATTSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-3742 |
| | § | |
| AETNA LIFE INSURANCE CO., | § | |
| | § | |
| Defendant. | § | |

## ORDER

In its February 28, 2013 memorandum and opinion, this court granted summary judgment for Jeffrey Mattson and denied summary judgment to Aetna Life Insurance Co. By no later than March 15, 2013, Mattson is to submit a proposed final judgment after circulating it to Aetna Life Insurance.

SIGNED on March 5, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge